IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| ADAM JOHN JOLLIE | Violation:  18 U.S.C. §§ 1112 and 1153 |

**Involuntary Manslaughter**

The Grand Jury Charges:

On or about November 23, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

ADAM JOHN JOLLIE,

an Indian, with wanton and reckless disregard for human life amounting to gross negligence, did kill B.M.D., without malice, while engaged in an unlawful act not amounting to a felony, which he knew and reasonably should have known, was a threat to human life, that is, driving a motor vehicle under the influence of intoxicating liquor, failing to appropriately stop at a stop sign, turning into the oncoming traffic lane, and without due care for the rights and safety of others;

In violation of Title 18, United States Code, Sections 1112 and 1153.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

ST/tah